NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LANDMARK SCREENS, LLC,**
*Plaintiff-Appellant,*

v.

**MORGAN, LEWIS, & BOCKIUS, LLP,**
AND **THOMAS D. KOHLER,**
*Defendants-Appellees.*

---

2011-1297

---

Appeal from the United States District Court for the Northern District of California in case no. 08-CV-2581, Judge Jeremy Fogel.

---

## ON MOTION

---

## ORDER

Upon consideration of the motion to substitute Sanford Jay Rosen for Clark S. Stone as principal counsel for Landmark Screens, LLC,

IT IS ORDERED THAT:

The motion is granted. Sanford Jay Rosen and Clark S. Stone should promptly file new entries of appearance.

For The Court

**JUL 25 2011**

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc:  Clark S. Stone, Esq.
     Sanford Jay Rosen, Esq.
     Steven P. Ragland, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JUL 25 2011

**JAN HORBALY**
**CLERK**